IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY | * | CIVIL ACTION NO. 3:09-CV-757 |
| VERSUS | * | MAGISTRATE JUDGE KAREN L. HAYES |
| PRO-AGR, INC. and JERRY WALKER | * | |

## MEMORANDUM RULING AND JUDGMENT

On September 21, 2009, the District Judge granted Helena Chemical Co.'s ("Helena Chemical") motion for summary judgment, and further ordered, in accordance with the parties' Credit Sales and Services Agreement, an award of reasonable attorney's fees and costs to Helena Chemical. (Doc. # 12). Pursuant to the Court's order, Helena Chemical submitted the instant Motion for Attorney's Fees and Costs. (Doc. #13). The motion is unopposed. On October 21, 2009, the parties consented to trial by the undersigned Magistrate Judge. (Doc. #17, 2).

In support of its motion, Helena Chemical has submitted an affidavit from its attorney, Marshall T. Napper, stating that his normal hourly rate is $165.00, and that he spent 14.3 hours on the entirety of this case, for a total of $2,359.50. (Doc. #13, Aff., 1). Napper further asserts that he incurred costs in the amounts of $350.00 for filing the complaint, $39.00 for service costs on Pro-Agr, Inc. ("Pro-Agr"), and $235.84 for service costs on Jerry Walker, for a total of $624.84. (*Id.* at 1-2) This court has reviewed Napper's affidavit and finds that the hourly rate and the number of hours is reasonable, and that the costs claimed are proper for reimbursement.

Therefore, Helena Chemical's Motion for Attorney's Fees and Costs is **GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants pay**

**attorney's fees in the amount of $2,359.50 and costs in the amount of $624.84 to Helena**

**Chemical .**

Thus done and signed, this 26th day of October, 2009, in chambers.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE